FILED IN OPEN COURT
U.S.D.C. - Atlanta

MAR 2 7 2026

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*v.*<br><br>JOHN BRANDON SCHOPP | Criminal Information<br><br>No. 1:26-CR-136-AT |

THE UNITED STATES ATTORNEY CHARGES THAT:

## Count One
### Forgery of Department Seal
### (18 U.S.C. § 506(a)(1))

1. Beginning at least by on or about September 7, 2011, and continuing through at least on or about November 28, 2011, the exact dates being unknown, in the Northern District of Georgia and elsewhere, the defendant, JOHN BRANDON SCHOPP, aided and abetted by others known to the United States Attorney, falsely made, forged, counterfeited, mutilated, and altered the seal of the United States Department of Health & Human Services, a department of the United States, in violation of Title 18, United States Code, Section 506.

### Background

2. The United States Food and Drug Administration ("FDA") is the federal agency charged with the responsibility of protecting the health and safety of the American public by enforcing the Federal Food, Drug, and Cosmetic Act, Title 21, United States Code, Sections 301-399f ("FDCA"). The FDA ensures, among other things, that drugs are safe and effective for their intended uses and

that drugs and foods bear labeling containing true and accurate information. The FDA's responsibilities under the FDCA include regulating the manufacturing, labeling, and distribution of all drugs and foods shipped or received in interstate commerce. The FDA is an agency within the United States Department of Health & Human Services.

3.  Hi-Tech Pharmaceuticals, Inc. ("Hi-Tech") is a company incorporated in Georgia. Hi-Tech manufactures and sells purported "dietary supplements," which are regulated as a "food" by the FDA.

4.  Jared Wheat owns and operates Hi-Tech. Wheat serves as the Chief Executive Officer, Chief Financial Officer, and Secretary for Hi-Tech.

5.  JOHN BRANDON SCHOPP worked as the Director of Contract Manufacturing for Hi-Tech.

<u>Export Certificates</u>

6.  Businesses that export products from the United States are sometimes requested by foreign customers to supply "export certificates" for FDA-regulated products.  The FDA is not required by law to issue export certificates, although it does provide this service as agency resources permit.

7.  Upon application by a food manufacturer, the FDA's Center for Food Safety and Nutrition ("CFSAN") will issue a "Certificate of Free Sale" for a particular food product, including a dietary supplement, indicating that the food product is marketed in the United States and eligible for export if certain statutory provisions are met. The Certificate of Free Sale bears the stamped signature of CFSAN's Director and includes the seal of the United States

Department of Health & Human Services.

<u>Fraudulent Certificates of Free Sale</u>

8. Defendant SCHOPP, aided and abetted by others, created false and fraudulent documents purporting to be FDA Certificates of Free Sale. In fact, the FDA had not issued Certificates of Free Sale to Hi-Tech on the dates listed for the products identified therein. The purported Certificates of Free Sale contained unauthorized signatures of government officials, as well as forged government agency seals from the Department of Health & Human Services, to make them appear legitimate.

9. On or about September 7, 2011, Schopp transmitted a false and fraudulent Certificate of Free Sale via email to G.W., one of Hi-Tech's contract manufacturing customers, knowing that the purported Certificate of Free Sale was false and included forged agency seals.

All in violation of Title 18, United States Code, Sections 506(a)(1) and 2.

## FORFEITURE PROVISION

10. Upon conviction of the offense alleged in Count One of this Information, the defendant, JOHN BRANDON SCHOPP, shall forfeit to the United States any property used to facilitate the offense, pursuant to Title 18, United States Code, Section 492 and Title 28, United States Code, Section 2461(c).

11. If, as a result of any act or omission of the defendant, JOHN BRANDON SCHOPP, property subject to forfeiture:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred to, sold to, or deposited with, a third party;

3

c.  has been placed beyond the jurisdiction of the court;

d.  has been substantially diminished in value; or

e.  has been commingled with other property, which cannot be divided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendants up to the value of the forfeitable property.

THEODORE S. HERTZBERG
 *United States Attorney*

NATHAN P. KITCHENS
 *Assistant United States Attorney*
  Georgia Bar No. 263930

KELLY K. CONNORS
 *Assistant United States Attorney*
  Georgia Bar No. 504787

600 U.S. Courthouse
75 Ted Turner Drive, S.W.
Atlanta, GA 30303

404-581-6000; Fax: 404-581-6181

4